IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DEWAYNE SALMONS
    Plaintiff

v                                                      4:23-cv-00272

KROGERS TEXAS L.P.
    Defendant

## PLAINTIFF'S AMENDED COMPLAINT

COMES NOW, Dewayne Salmons, petitioner, and files this Amended Complaint pursuant to the Courts Order of March 20, 2023.

I.

There are no jurisdictional issues.

II.

Petitioner brings this complaint due to a slip and fall at defendant's premise located 2210 S. Fielder Rd in Arlington, TX. The incident occurreed May 17, 2021.

Salmons was checking out with groceries. When he went around an aisle, he walked through the floral department.

Several flower petals were on the floor. Salmons feet slipped out from under him causing him to fall too the floor. The floor caused him severe injuries to his back and shoulder.

III.

As a result of the negligence of defendant, Salmons sustaind personal injury. He has been treated by doctors including a surgery. Defendant was negligent in failing to give notice of a

dangerous condition and removing the dangerous condition. They had or should of had notice of the condition.

IV.

Plaintiff seeks monetary relief for :

Medical bills in the past;

Medical bills in the future;

Pain and suffering in the past;

Pain and suffering in the future;

Physical impairment in the past;

Physical impairment into the future.

V.

WHEREFORE PREMISE CONSIDERED, plaintiff pray for the relief requested and for such other relief he may be entitled at law and in equity as well as costs of court.

Respectfully submitted:
Law Office of Scott Richard
8828 N. Stemmons Fwy Suite 505
Dallas, TX. 75249
214-631-3600(tel)
214-631-3300(fax)
scottlawyer@msn.com

/s/ Scott H. Richard

_____

Scott H. Richard
16842950

```
I, Scott H. Richard, do hereby certify that I forwarded by
methods allowed by the Texas Rules of Civil Procedure, a true and
correct copy of the attached instrument on all counsel of record
on March 21, 2023.
```

```
                              /s/ Scott H. Richard
                              _____
                              Scott H. Richard
```